UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 1 2026



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEXANDER SISTI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>BOSLEY, INC. and BOSLEY MEDICAL GROUP, a medical corporation,<br><br>    Defendants - Appellees. | No. 26-3458<br><br>D.C. No.<br>2:25-cv-10669-JFW-DFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. See Fed. R. App. P. 33 and Ninth Cir. R. 33-1.

By 6/10/2026, counsel for all parties intending to file briefs in this matter are requested to inform  Sasha M. Cummings, Circuit Mediator, by email at Sasha_M_Cummings@ca9.uscourts.gov of their clients' views on whether the issues on appeal or the underlying dispute might be appropriate for settlement presently or in the foreseeable future. Counsel are requested to include the Ninth Circuit case name and number in the subject line. This communication will be kept confidential, if requested, from the other parties in the case. This communication shall not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see Mediation Program web site: www.ca9.uscourts.gov/mediation.

The existing briefing schedule remains in effect.

FOR THE COURT:

By: Sasha M. Cummings
Circuit Mediator